S. LANE TUCKER
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. ANDREW AKULAW, Defendant. | No. 3:23-cr-00088-JMK-MMS <br><br> COUNT 1: <br> FELON IN POSSESSION OF A FIREARM <br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) <br><br> CRIMINAL FORFEITURE ALLEGATION: <br>   18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |
|---|---|

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about September 5, 2023, within the District of Alaska, the defendant, ANDREW AKULAW, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and

affecting interstate commerce, a firearm, to wit: one Springfield Armory (HS Produkt) Pistol, Model: XDE-45, Caliber: .45 ACP.

Prior Convictions

| Date of Conviction | Offense | Court | Case No. |
|---|---|---|---|
| November 8, 2016 | First Degree Burglary | Alaska Superior Court | 3AN-16-06548CR |
| May 13, 2019 | Distribution of Controlled Substances | U.S. District Court, District of Alaska | 3:17-cr-00119-SLG |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in Count 1 of this Indictment, the defendant, ANDREW AKULAW, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in knowing violation of the offense, including but not limited to:

1. Springfield Armory (HS Produkt) Pistol, Model: XDE-45, Caliber: .45 ACP, Serial #: HE105150; and
2. any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

 s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

 s/ Seth M. Beausang
SETH M. BEAUSANG
Assistant U.S. Attorney
United States of America


 s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America


DATE:    9/20/2023